ROSINA J. BERNARD, as Executrix, etc., of EDGAR G. BERNARD, Deceased, Respondent, v. THE COMMERCIAL TRAVELERS' MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment and order unanimously affirmed, with costs.

WILLIAM P. COMISKEY, Respondent, v. JAMES O. WINSTON and Others, Appellants.— Sent to the Second Department.

SAMUEL W. CORNWELL, Appellant, v. MILLARD FRINK, Respondent.— Judgment unanimously affirmed, with costs.

BERNARD CURRY, Respondent, v. HARRY B. McLAUGHLIN, Appellant. — Judgment and order unanimously affirmed, with costs.

JOHN E. DEWEY, Respondent, v. COHOES AND LANSINGBURGH BRIDGE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

SOLOMON GOLDSTONE, Appellant, v. SAMUEL COHEN, Respondent.— Judgment and order unanimously affirmed, with costs.

JOHN GUARE, Appellant, v. TOWN OF STONY CREEK, Respondent.— Judgment and order unanimously affirmed, with costs.

LEON WILFRED HAINER, by WILFRED E. HAINER, His Guardian ad Litem, Respondent, v. JOSEPH W. BERRY, Appellant.— Judgment unanimously affirmed, with costs.

ELLA HEFLIN, Respondent, v. FREDERIC E. LYFORD, Appellant.— Judgment and order unanimously affirmed, with costs.

HAROLD McCREA, an Infant, by DELIA McCREA, His Guardian ad Litem, Respondent, v. GERTRUDE BATHE, Appellant.— Judgment and order unanimously affirmed, with costs.

THOMAS H. MALOY and WINIFRED P. MALOY, Respondents, v. WILLIAM A. BANNON, Appellant.— Judgment unanimously affirmed, with costs.

ANGELLO MINCOLLA, Respondent, v. BINGHAMTON RAILWAY COMPANY, Appellant.— Upon a careful perusal of the minutes of the trial, as contained in the record, the court is satisfied that the ends of justice require a new trial. The judgment and order are, therefore, reversed, and a new trial granted, with costs to the appellant to abide the event. All concurred.

In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MAIMI KUCHARUK, Widow, and Five Minor Children of HARRY KUCHARUK, Deceased, Respondent, for the Death of HARRY KUCHARUK, v. WILLIAM C. McQUEEN, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Woodward, J., who dissented.

In the Matter of the Claim of the Dependents of HAYES SAMPSON, Respondents, v. THE O'DELL & EDDY COMPANY, Employer, and the LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Claim of MARY RIEDEL and Minor Children, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of CHARLES RIEDEL, v. MALLORY STEAMSHIP COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.